# IN THE SUPREME COURT
## STATE OF NORTH DAKOTA

### 2025 ND 33

In the Matter of the Estate of Frances Connolly a/k/a Francis Connolly, Deceased

| | |
|---|---|
| Shawn M. Connolly, Personal Representative, | Petitioner and Appellee |
| v. | |
| Shireen F. Ducheneaux, Brian B. Connolly, Michael D. Connolly, Stephanie A. Langford, Kelly B. Blindauer, Brianna R. Connolly, and James G. Connolly | Respondents and Appellants |
| and | |
| Kathleen B. Zahl, Kenneth P. Connolly, and Phillip P. Connolly, | Respondents |
| and | |
| Leighann N. Barton | Claimant |

### No. 20240230

Appeal from the District Court of McKenzie County, Northwest Judicial District, the Honorable Daniel S. El-Dweek, Judge.

AFFIRMED.

Per Curiam.

Ariston E. Johnson, Watford City, ND, for petitioner and appellee.

Asa K. Burck, Fargo, ND, for respondents and appellants.

# Estate of Connolly
## No. 20240230

**Per Curiam.**

[¶1] Shireen Ducheneaux, Brian Connolly, Michael Connolly, Stephanie Langford, Kelly Blindauer, Brianna Connolly, and James Connolly (collectively, "Appellants") appeal from a district court's judgment entered after a bench trial. On appeal, Appellants argue the court's findings that Frances Connolly had sufficient testamentary capacity to prepare and execute her will and that Shawn Connolly did not unduly influence Frances Connolly into executing her will are clearly erroneous. They also argue the court abused its discretion by excluding bank statements and other financial documents during trial. After reviewing the record, we conclude the court's findings that Frances Connolly had the requisite testamentary capacity to execute her will and that Shawn Connolly did not unduly influence Frances Connolly into executing her will are not clearly erroneous, and the court did not abuse its discretion in excluding evidence at trial. We summarily affirm the court's judgment under N.D.R.App.P. 35.1(a)(2) and (4).

[¶2]  Jon J. Jensen, C.J.
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte
Douglas A. Bahr